**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andres Carmona Meza,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>Deputy Warden Perkins,<br><br>　　　　　Respondents. | No. CV-05-1121-PHX-PGR<br><br>ORDER DENYING CERTIFICATE<br>OF APPEALABILITY AND<br>*IN FORMA PAUPERIS* STATUS |

　　The petitioner, acting pro se, filed a Notice of Appeal (doc. #31) on March 16, 2006. The notice specifically states that the petitioner is appealing "Docket #30" which is a Report and Recommendation from Magistrate Judge Anderson regarding the petitioner's amended petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.[1] Although the petitioner has not requested that a certificate of appealability be issued, the Court has considered the issue pursuant to Fed.R.App.P. 22(b)(1) and finds that the certificate should not be issued.

---

[1] The Court accepted and adopted the Report and Recommendation and dismissed the petitioner's amended habeas petition in an order (doc. #33) on April 5, 2006; a judgment of dismissal (doc. #34) was entered that same day. The petitioner did not file a notice of appeal as to that judgment.

Pursuant to 28 U.S.C. § 2253(c)(1)(A), an appeal may not be taken to the court of appeals "from the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court" unless a court issues of certificate of appealability. No court may issue a certificate of appealability unless the applicant has made a substantial showing of the denial of constitutional right. 28 U.S.C. § 2253(c)(2).

The Court finds that no certificate of appealability should be issued because the petitioner has not made, and cannot make, the necessary threshold showing because he is improperly attempting to take an interlocutory appeal from a non-appealable order.

Furthermore, the Court *sua sponte* certifies pursuant to Fed.R.App.P. 24(a)(3)(A) that the petitioner is not entitled to appeal *in forma pauperis* because the appeal is procedurally improper and thus not taken in good faith. Therefore,

IT IS ORDERED that no certificate of appealability shall issue with regard to the petitioner's Notice of [Interlocutory] Appeal (doc. #31) and that the petitioner is not entitled to proceed on appeal *in forma pauperis*.

DATED this 12th day of September, 2006.

Paul G. Rosenblatt
United States District Judge